| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JOHNNY MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-MJ-00026-MJS |
|---|---|
| Plaintiff, | ) **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) **PLEA AND SENTENCING; ORDER** |
| vs. | ) |
| | ) Hon. Michael J. Seng |
| JOHNNY MOORE, | ) Date: August 22, 2017 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Johnny Moore, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the August 22, 2017 change-of-plea hearing and that he be allowed to appear by video from the United States District Court in Chicago, Illinois. This Court has the discretion under Rule 43(b)(2) to allow Mr. Moore to appear by video for plea and sentencing. The government has no objection to this request.

Mr. Moore currently resides in Chicago, Illinois. Mr. Moore was present in Yosemite for his initial appearance on April 18, 2017. As the parties have reached a resolution as to the appropriate sentence in this case, Mr. Moore respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Chicago, Illinois, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 14, 2017     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOHNNY MOORE

## **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's requests for waiver of personal appearance and to appear via video at the August 22, 2017 change-of-plea hearing in Case No. 6:17-mj-00026-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Chicago, Illinois, and a fully executed written waiver of plea agreement be provided to the Court at least three days before the said hearing.

IT IS SO ORDERED.

Dated:  August 15, 2017       /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Moore – Request for Rule 43 Waiver for
    Plea and Sentencing

2