| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JOHNNY MOORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00026 |
|---|---|
| Plaintiff, | **MOTION TO DISMISS; ORDER** |
| vs. | |
| JOHNNY MOORE, | |
| Defendant. | |

Defendant Johnny Moore hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On August 22, 2017, Mr. Moore pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Moore a deferred entry of judgment under 18 U.S.C. § 3607(a). On August 9, 2018, the Court vacated Mr. Moore's review hearing because he had fully complied with the terms of his probation. Mr. Moore's probation expired on August 22, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Moore's term of probation has expired, and he did not violate any condition of his probation. Accordingly, Mr. Moore requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 5, 2018         */s/ Hope Alley*
                                HOPE ALLEY
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOHNNY MOORE

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Moore in *United States v. Moore*, Case No. 6:17-mj-00026.

IT IS SO ORDERED.

Dated:   September 10, 2018                    _____
                                               UNITED STATES MAGISTRATE JUDGE